### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BASEMENT SOLUTIONS LLC** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 21-104** |
| | : | |
| **WELLS FARGO BANK, NA** | : | |

## **ORDER**

**AND NOW**, this 2nd day of February 2021, upon considering Defendant's Motion to dismiss (ECF Doc. No. 2), Plaintiff electing not to respond, and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's uncontested Motion (ECF Doc. No. 2) is **GRANTED** without prejudice to Plaintiff filing an amended Complaint possibly stating a claim consistent with Rule 11 no later than **February 16, 2021** or we will direct the Clerk of Court to close the case.

_____
**KEARNEY, J.**